## AUSTIN, ET AL. V. JONES.

### *Bill to Declare Deed Null and Void for Fraud.*

(Decided April 28, 1906.  41 So. Rep. 408.)

APPEAL from Morgan Chancery Court.
Heard before Hon. W. H. SIMPSON.
D. W. SPEAKE, for appellant.
E. W. GODBY, for appellees.
Affirmed.
Opinion by DOWDELL, J.
HARALSON, ANDERSON and DENSON, JJ., concur.

---

## MARX V. ELEY.

### *Assumpsit.*

(Decided May 15, 1906.  41 So. Rep. 411.)

APPEAL from Marengo Circuit Court.
Heard before Hon. JOHN C. ANDERSON.
ABRAHAM & SIMONS, for appellant.
E. J. GILDER, for appellee.
Affirmed.
Opinion by DOWDELL, J.
WEAKLEY, C. J., and HARALSON and DENSON, JJ., concur.